UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT MITCHELL, *et al*.<br><br>         Plaintiffs,<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY AND AIMCO/BETHESDA HOLDINGS, INC.<br><br>         Defendants. | Civil Action No. 2:07-CV-02915-JS |

### MOTION TO APPROVE SETTLEMENT

As set forth more fully in the Memorandum In Support of Motion to Approve Settlement, the parties jointly move this Court to approve the proposed settlement agreement. The parties have negotiated on an arms' length basis a compromise of their dispute that all parties agree is fair, adequate and reasonable, and the Plaintiffs have agreed to settle their claims under the proposed settlement terms.

Accordingly, the parties respectfully request this Court issue an order approving the proposed settlement agreement

Dated: October 31, 2008

By: */s /Kimberly J. Gost*
Kimberly J. Gost
Sarah L. Powenski
LITTLER MENDELSON, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA  19102-1321
Telephone:   (267) 402-3007
Facsimile:    (267) 402-3131

By: /s/ *Llezlie L. Green*
Andrew B. Bullion
Joseph M. Sellers
Charles E. Tomkins
Llezlie L. Green
COHEN, MILSTEIN, HAUFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  2005
Telephone:   (202) 408-4600

416593.1 1

| | |
|---|---|
| And | Facsimile:     (202) 408-4699 |
| | |
| John M. Husband, P.C. | And |
| Thomas E.J. Hazard, P.C. | |
| Christina F. Gomez | Brent  W. Landau |
| Tanya E. Milligan | COHEN, MILSTEIN, HAUSFELD & TOLL |
| HOLLAND & HART, LLP | P.L.L.C. |
| 555 Seventeenth Street | One South Broad Street, Suite 1850 |
| Suite 3200 | Philadelphia, PA  19107 |
| Denver, CO  80202 | Telephone:     (215) 825-4016 |
| Telephone:   (303) 295-8000 | Facsimile:     (215) 825-4001 |
| Facsimile:    (303) 295-8261 | |
| | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 31st day of October, 2008, I caused a true and accurate copy of the Motion to Approve Settlement to be served via the electronic filing system delivery upon:

John Husband
Thomas E. J. Hazard
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, Colorado 80202

Kimberly J. Gost
Sarah L. Powenski
Littler Mendelson, P.C.
Three Parkway Suite 1400
1601 Cherry Street
Philadelphia, PA 19102-1321

                                                          */s/ Llezlie L. Green*
                                                          Llezlie L. Green