UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT MITCHELL, *et al.*<br><br>Plaintiffs,<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY AND AIMCO/BETHESDA HOLDINGS, INC.<br><br>Defendants. | Civil Action No. 2:07-CV-02915-JS |

## ORDER

Upon consideration of the parties' Motion to Approve Settlement and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

The Motion is granted.

Date: November 18, 2008.

_____
United States District Judge

416595.1 1